# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 07-10019-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARAMIS RAMOS-FRAGOSO,
(77296-004)

    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION
## FOR REDUCTION OF SENTENCE

This cause having come before the Court on the Motion Of the Government for reduction of sentence pursuant to Rule 35 (b) of the Federal Rules Of Criminal Procedure, and the Government having recommended that defendant's sentence be reduced based upon defendant's substantial assistance in the prosecution of other criminal cases, it is hereby

ORDERED and ADJUDGED that the Government's motion be and the same is hereby **GRANTED**. Accordingly, defendant's sentence is hereby reduced by 33% percent, resulting to a term of imprisonment of **TIME SERVED** , with all other conditions of previous sentence remaining the same.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of April, 2008.

                                                /s/ James Lawrence King
                                                JAMES LAWRENCE KING
                                                U.S. DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA

cc:   Adam Fels, AUSA
      Rene Palomino, Esq.
      U.S. Marshal
      Bureau of Prisons
      Sigmund Buganski, USPO
      Thomas Felasco, USPO